IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2012 JAN 26  AM 11: 17

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:12CB3000 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SARA M. FRATZKE, | ) | MOTION TO DEVIATE FROM |
| | ) | FINE SCHEDULE |
| Defendant. | ) | |

COMES NOW the United States and moves this Court for an order authorizing a deviation from the fine schedule in the above-captioned matter. The collateral fine amount set forth on the face of the above noted violation notice is $500, with a $25 processing fee..

The parties desire to settle the above-captioned matter and, in recognition thereof, ask the court to reduce the collateral fine amount to $300 and the $25 processing fee, for a total of $325.00. The undersigned represents to the court that the matter has been discussed with the case agent, and the proposed settlement adequately addresses the totality of the circumstances in this case and is in the interest of justice. The undersigned further represents to the court that this matter has been discussed with the defendant and she is in agreement with this proposal.

Dated this 25th day of January, 2012.

Respectfully submitted,

UNITED STATES OF AMERICA

By: DEBORAH R. GILG
United States Attorney
District of Nebraska

And: *[signature]*

ALAN L. EVERETT #15387
Assistant U. S. Attorney

## ORDER

IT IS SO ORDERED this 26th day of January, 2012.

BY THE COURT:

_____
CHERYL R. ZWART
United States Magistrate Judge